

# United States District Court
# Northern District of Illinois

In the Matter of

Justin Roberson                                    Magistrate Judge Jeffrey Cole

          v.                                                Case No. 11-CV-2035

Novartis Pharmaceuticals Corporation

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT TO MAGISTRATE JUDGE

    The above captioned cause is currently pending on my calendar. I recommend to the Executive Committee that this case be reassigned to the calendar of a Magistrate Judge Jeffrey Cole pursuant to Local Rule 73.1. Parties have consented to the reassignment as indicated on the reverse of this form.

*[signature]*
**Judge George W. Lindberg**

Date: Wednesday, May 18, 2011

---

### ORDER OF THE EXECUTIVE COMMITTEE

   IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Magistrate Judge Jeffrey Cole of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*[signature]*
**Chief Judge James F. Holderman**

Dated: Thursday, May 19, 2011

District Reassignment - To Designated Magistrate Judge

**Parties have consented to have the designated magistrate conduct:**

- Any and all proceedings including entry of a final judgment in accordance with Local Rule 73.1(B).

**The content of the consent is specified in the following manner:**

- Filed on the docket of this case.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
- Additional information:

    Document # 25